UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61429-CIV-ROSENBAUM

MICHAEL D. GRIDER,

    Plaintiff,

v.

PHYLLIS DIANE COOK, *et al.*,

    Defendants.

_____/

### ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

This matter is before the Court upon the Mandate of the Eleventh Circuit Court of Appeals entered on July 16, 2013 [D.E. 22]. Upon review of this Court's Order dismissing Plaintiff's Complaint, the Eleventh Circuit held that Plaintiff should be permitted an opportunity to amend his Complaint to plead additional facts in support of his claims for damages under 42 U.S.C. § 1983. D.E. 22 at 9-10.

Accordingly, it is **ORDERED and ADJUDGED** that Plaintiff shall have until **August 7, 2013**, in which to amend his Complaint and set forth facts sufficient to sustain his claim for relief. If no amended Complaint is filed by this date, Plaintiff's case may be dismissed and the file closed.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 16th day of July 2013.

                                                  ROBIN S. ROSENBAUM
                                                  UNITED STATES DISTRICT JUDGE

Copies:

Counsel of record

Michael D. Grider, *pro se*
2612000028
Broward County Jail - North Broward Bureau
Inmate Mail/Parcels
P.O. Box 407037
Fort Lauderdale, FL 33340